```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 13534
   CRUZ MUNOZ
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0744

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/11/2005 and was confirmed 05/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.93% from remaining funds.

     The case was paid in full 04/24/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ECAST SETTLEMENT CORP     UNSECURED OTH     4456.75           .00          665.39
CBUSASEARS                UNSECURED        NOT FILED          .00             .00
CHICAGO FAMILY HEALTH CE  UNSECURED        NOT FILED          .00             .00
RESURGENT ACQUISITION LL  UNSECURED         6426.73           .00          959.70
ECAST SETTLEMENT CORP     UNSECURED        21836.92           .00         3260.91
PEOPLE GAS                UNSECURED        NOT FILED          .00             .00
TARGET RETAILERS NATIONA  UNSECURED        NOT FILED          .00             .00
COMCAST                   NOTICE ONLY      NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,905.20                      1,905.20
TOM VAUGHN                TRUSTEE                                           408.80
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               7,200.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                    4,886.00
ADMINISTRATIVE                               1,905.20
TRUSTEE COMPENSATION                           408.80
DEBTOR REFUND                                    .00
                   ---------------        ---------------
TOTALS                7,200.00               7,200.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 13534 CRUZ MUNOZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE